Submitted on record and briefs October 1, reversed November 10, 2004

In the Matter of Lyubov Shklyayev,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## LYUBOV SHKLYAYEV,
*Appellant.*

0304-64419; A121322

100 P3d 789

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Linda Wicks, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

## PER CURIAM

Appellant was committed to the custody of the Mental Health Division based on the trial court's finding that, because of a mental disorder, appellant is dangerous to herself. ORS 426.005(1)(d)(A). She appeals, arguing that the trial court erred in finding that the state had proved by clear and convincing evidence that she is dangerous to herself. The state concedes that the record does not contain clear and convincing evidence to establish the required elements for an order of involuntary commitment. After reviewing the record, we accept the state's concession.

Reversed.